MEMORANDUM **
After reading the briefs, listening to oral argument, and examining the record, we conclude that Hornberger’s questionable *337 claims involving “Japanese Yen Notes,” which he alleges had a value in 2000 of $2 billion, are barred by the applicable state statutes of limitation, the most generous of which is four years. Our conclusion also covers his request for an accounting. The document from Merrill Lynch faxed to Hornberger by William Meadows on March 18, 2002 put Hornberger on actual notice that Merrill Lynch had not monetized the notes, could not verify their validity, and wanted “no responsibility” for them. Moreover, Hornberger knew that Meadows had asked Merrill Lynch to return the notes. We agree with the district court that Hornberger’s failure to take any legal action on this matter until November 19, 2013 was not excused by either the discovery rule, equitable estoppel, or equitable tolling.
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.